

# HUDGINS
## LAW FIRM
A PROFESSIONAL CORPORATION

2331 MILL ROAD, SUITE 100
ALEXANDRIA, VIRGINIA 22314
(703) 739-3300
FAX (703) 739-3700
www.hudginslawfirm.com

*Robert E. Draim*
Direct dial: (703) 837-3208
E-mail: rdraim@hudginslawfirm.com

August 31, 2023

**<u>VIA FEDEX OVERNIGHT</u>**
Fernando Galindo, Clerk
U.S. District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, VA 23219

Re: John Carter Morgan, Jr., Miscellaneous No. _____

Dear Mr. Galindo:

Please find the attached Petition for filing on behalf of attorney John Carter Morgan, Jr., asking that the Court recognize Mr. Morgan's good standing to practice law in this Court. I would appreciate your forwarding a copy of this Petition to Chief Judge Mark S. Davis for his consideration.

Please date stamp the extra copy enclosed and return it to our office in the self-addressed, postage paid envelope provided. Feel free to contact our office with any questions or concerns.

Thank you.

Sincerely,

Robert E. Draim

Enclosures



RECEIVED
SEP - 1 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

SERVING VIRGINIA, MARYLAND AND WASHINGTON, D.C.