UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

IN RE:    JOHN CARTER MORGAN, JR.,

Petitioner.                                    Case No. 2:23mc13

#### ORDER

This matter comes before the Court on the Petition of John Carter Morgan, Jr., ("Petitioner") seeking "recognition of Petitioner's good standing to practice before this Court." ECF No. 2. After reviewing the petition and Petitioner's case file, the Court concludes that reinstatement is appropriate without need for a hearing. Therefore, the Court **GRANTS** the petition, ECF No. 2. Petitioner is hereby reinstated to the Bar of the United States District Court for the Eastern District of Virginia and restored to good standing to practice before this Court.

The Clerk is **DIRECTED** to reinstate Petitioner on the roll of attorneys entitled to practice before this Court and to send a copy of this Order to Petitioner John Carter Morgan, Jr., and to Petitioner's counsel Robert Draim.

**IT IS SO ORDERED.**

/s/ _____

Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
September 26, 2023